UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00094 |
| | ) | |
| | ) | JUDGE NEWBERN |
| EDUARDO DANIEL MELENDEZ-PINEDA | ) | |

### UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Robert E. McGuire, Acting United States Attorney, and Rachel M. Stephens, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E). The indictment alleges that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(5), which is a felony. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

Further, the United States would submit that the alleged offense occurred while the Defendant led multiple law enforcement agencies on a high speed chase on the interstate through multiple counties. Moreover, the Government would submit that the Defendant was on probation at the time of the instant offense. The United States submits that the Defendant has previously

ignored court ordered conditions in the past and, therefore, the Court can have no confidence that the Defendant would abide by whatever condition or set of conditions this Court would order.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By:

   */s/ Rachel M. Stephens*
Rachel M. Stephens
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615) 401-6655
Rachel.Stephens2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the U.S. District Court Clerk via CM/ECF, on the 5th day of May, 2025. A copy will be provided to counsel for the defendant via email once that person is determined.

*/s/Rachel M. Stephens*

Rachel M. Stephens